IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00847-REB-MJW

DONALD GENE SHAFFER,

Plaintiff(s),

v.

ADAMS COUNTY SHERIFF'S DEPARTMENT, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Vacate Settlement Conference of October 23, 2006 (docket no. 23) is GRANTED finding good cause shown. The settlement conference set before Magistrate Judge Watanabe on October 23, 2006, at 3:00 p.m. is VACATED. The parties may request that a new settlement conference be set upon motion to the Court.

DATE:  October 19, 2006