IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00847-REB-MJW

DONALD GENE SHAFFER,

Plaintiff(s),

v.

ADAMS COUNTY SHERIFF'S DEPARTMENT, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendants' Motion to Compel Plaintiff's Disclosure of Expert Opinions (docket no. 29) is DENIED WITHOUT PREJUDICE. After reviewing the subject motion and response, this court finds that the parties have not fully complied with D.C.COLO.LCivR 7.1 A.- Duty to Confer. The parties shall meet and confer within the spirit and intent of D.C.COLO.LCivR 7.1 A. so that the expert reports can be delivered timely per the new deadline schedule as listed below.

      It is FURTHER ORDERED that the deadline for Plaintiff to provide expert reports to Defendant is extended to December 15, 2006. The deadline for rebuttal expert reports to be disclosed is extended to January 16, 2007. The deadline to complete expert discovery only is extended to February 28, 2007. All written discovery shall be completed by January 8, 2007. The deadline to file dispositive motions is extended to March 16, 2007. The final pretrial conference remains set on April 16, 2007, at 8:30 a.m.

Date: November 15, 2006